UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 08-21298-Civ-Huck/O'Sullivan

MICHAEL I. GOLDBERG, as Receiver for
Worldwide Entertainment, Inc., The
Entertainment Group Fund, Inc., American
Enterprises, Inc., and Entertainment Funds,
Inc.,

    Plaintiff,
v.

DANCO ENTERPRISES LLC and MIDCO
ENTERPRISES, INC.,

    Defendant.
_____/



## ORDER OF DISMISSAL

THIS MATTER is before the Court upon the Receiver's Voluntary Notice to Dismiss without Prejudice [D.E. #6]. Having reviewed the notice, considered the record and being otherwise duly advised in the premises, it is hereby

ORDERED that the Motion is GRANTED, and this action is DISMISSED WITHOUT PREJUDICE. The Parties shall bear their own respective costs and attorney's fees. All pending motions are DENIED as moot and the case is CLOSED.

DONE and ORDERED in Chambers at Miami, Florida this 21 day of October, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record